FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-30420KKS    Judge: KAREN K. SPECIE | Trustee Name: | JOHN E. VENN, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | WATSON, FRANKLIN HAROLD | Date Filed (f) or Converted (c): | 04/04/13 (f) |
| | WEBB WATSON, DEBBIE | 341(a) Meeting Date: | 05/07/13 |
| For Period Ending: | 06/30/15 | Claims Bar Date: | 09/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOT 3 BLK A MAGNOLIA COTTAGES BY THE SEA OR 2626-1 | 291,624.00 | 0.00 | | 0.00 | FA |
| 2. Lot 34, Block 1 and West 10 Fee of Lot 35 Block 1 | 187,845.00 | 0.00 | | 0.00 | FA |
| 3. Lot 9, Block 3 Gulf Shore Manor, Plat Book 3, Page | 3,750.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Debtor's person Location: 526 Lakewood Dri | 1,300.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account at Trustmark Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Household furnishings: 3 queen beds (mattresses a | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Two Chairs, Two side tables, dining room table, on | 1,230.00 | 0.00 | | 0.00 | FA |
| 8. Framed Davidson College Print | 20.00 | 0.00 | | 0.00 | FA |
| 9. Personal painting from Joint Debtor's mother and k | 50.00 | 0.00 | | 0.00 | FA |
| 10. Debtors's clothing: Shirts, jackets, pants, shoes | 100.00 | 0.00 | | 0.00 | FA |
| 11. Joint Debtor's apparel: pants, shirts, blouses, d | 650.00 | 0.00 | | 0.00 | FA |
| 12. College class ring Location: On Debtor's person | 75.00 | 0.00 | | 0.00 | FA |
| 13. Costume jewelry Location: 239 Sand Oaks Circle, Sa | 100.00 | 0.00 | | 0.00 | FA |
| 14. 20 gauge Remington Shotgun, .44 caliber 1858 New A | 500.00 | 0.00 | | 0.00 | FA |
| 15. Merrill Lynch IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 16. Joint Debtor's Merrill Lynch 401K, account number | 70,000.00 | 0.00 | | 0.00 | FA |
| 17. FHW Transportation, LLC 5410 E. Co. Hwy. 30A Suite | 5,348.00 | 5,348.00 | | 0.00 | 5,348.00 |
| 18. GBW Family Partnership, Ltd. 5410 E. Co. Hwy. 30A | 297.00 | 0.00 | | 0.00 | FA |
| 19. GBW Management, LLC 5410 E. Co. Hwy. 30A Suite 202 | 0.00 | 0.00 | | 0.00 | FA |
| 20. Carpe Diem Properties, LLC 5410 E. Co. Hwy. 30A Su | 0.00 | 0.00 | | 0.00 | FA |
| 21. South Walton Title & Escrow, Inc. 5410 E. Co. Hwy. | 0.00 | 0.00 | | 0.00 | FA |
| 22. DGR Ventures, LLC 174 Watercolor Way Suite 103 PMB | 0.00 | 0.00 | | 0.00 | FA |
| 23. One Island, LLC 5365 E. Co. Hwy 30A Suite 105 Seag | 0.00 | 0.00 | | 0.00 | FA |
| 24. Alimony and Child Support paid to Joint Debtor by | 6,000.00 | 0.00 | | 0.00 | FA |
| 25. Pet dog | Unknown | 0.00 | | 0.00 | FA |
| 26. WATCH, RING, NECKLACE (u) | 1,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 13-30420KKS | Judge: KAREN K. SPECIE | Trustee Name: | JOHN E. VENN, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | WATSON, FRANKLIN HAROLD | | Date Filed (f) or Converted (c): | 04/04/13 (f) |
| | WEBB WATSON, DEBBIE | | 341(a) Meeting Date: | 05/07/13 |
| | | | Claims Bar Date: | 09/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $574,589.00 | $5,348.00 | | $0.00 | $5,348.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/29/15-discovery deadline extended in adversary

12/15/14- Status hearing held on adversary. atty's submit discovery and pretrial deadlines

10/17/13-Objection to discharge filed by Roland Kiehn

2004 rescheduled for 7/24/13

2004 exam 6-22-13

Extend time to object to discharge

Initial Projected Date of Final Report (TFR): 10/10/14     Current Projected Date of Final Report (TFR): 12/15/16

　　　　/s/　　JOHN E. VENN, JR., TRUSTEE
_____ Date: 07/21/15
　　　　JOHN E. VENN, JR., TRUSTEE

LFORM1

Ver: 18.05